UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

---

Cuttin' Loose Partners, LLP,                                    Case No. 4:14-cv-00113

                Plaintiff,

      v.

Chicago Title Insurance Company,

                Defendant.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

      Pursuant to Rule 41.01(a) of the Federal Rules of Civil Procedure, Plaintiff Cuttin' Loose Partners, LLP, and Defendant Chicago Title Insurance Company (the "Parties"), by and through their undersigned counsel of record, hereby stipulate that the claims and defenses of the Parties against each other in this action shall be dismissed with prejudice, on the merits, and in their entirety. This Stipulation of Dismissal with Prejudice may be executed in counterparts. All parties agree to bear their own costs of this action.

Dated: June 23, 2015                /s/ Kevin J. Dunlevy
                                                Kevin J. Dunlevy (ND #4159)
                                                Beisel & Dunlevy, P.A.
                                                282 U.S. Trust Building
                                                730 Second Avenue South
                                                Minneapolis, MN  55402
                                                (612) 436-0020
                                                Email: KevinD@bdmnlaw.com
                                                *Attorneys for Chicago Title Insurance Company*

Dated: June 23, 2015        /s/ Jared W. Gietzen
Jared W. Gietzen (#07905)
Mark V. Larson (#03587)
Larson Law Firm, P.C.
1020 N. Broadway
PO Box 2004
Minot, ND 58702-2004
(701) 839-1777
Email: larslaw@srt.com
*Attorneys for Cuttin' Loose Partners, LLP*