## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Cuttin' Loose Partners, LLP, | **ORDER ADOPTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Chicago Title Insurance Company, | Case No. 4:14-cv-113 |
| Defendant. | |

Before the court is the parties' Stipulation for Dismissal With Prejudice.[1] Upon consideration, the Court **ADOPTS** the stipulation and **ORDERS** that this action is **DISMISSED with prejudice** and with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2015.


＿＿＿/s/＿Ralph R. Erickson＿＿＿＿
Ralph R. Erickson, Chief District Judge
United States District Court

---

[1] Doc. #14.